**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**03-1246**

**LOUISE FAHD**

**VERSUS**

**UNDERWRITERS INSURANCE COMPANY, ET AL.**

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF ST. MARTIN, NO. 01-63835,
HONORABLE PAUL J. deMAHY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**MICHAEL G. SULLIVAN**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Billie Colombaro Woodard, and Michael G. Sullivan, Judges.

**AFFIRMED.**

**James C. Ferguson**
**Attorney at Law**
**343 Third Street, Suite 410**
**Baton Rouge, Louisiana 70801**
**(225) 346-8608**
**Counsel for Plaintiff/Appellant:**
      **Louise Fahd**

**Johnnie A. Jones**
**Jones & Jones**
**263 Third Street, Suite 702**
**Baton Rouge, Louisiana 70801**
**(225) 383-8573**
**Counsel for Plaintiff/Appellant:**
      **Louise Fahd**

**Thomas A. Budetti**

**Attorney at Law**
**Post Office Box 81794**
**Lafayette, Louisiana   70598-1794**
**(337) 269-9499**
**Counsel for Intervenor:**
    **State Farm Mutual Auto Ins. Co.**

**Richard R. Montgomery**
**Carol S. Hunter**
**Briney & Foret**
**Post Office Box 51367**
**Lafayette, Louisiana   70505-1367**
**(337) 237-4070**
**Counsel for Defendants/Appellees:**
    **Joseph Broussard**
    **Benjamin Olivier**
    **Olivier Trucking Company**
    **Underwriters Insurance Company Specialties, Inc.**